THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA SILVERSTEIN, Respondent, *v.* THE WARDEN, ETC., OF BEDFORD REFORMATORY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

*People ex rel. Silverstein* v. *Warden, etc.,* 171 App. Div. ——, affirmed.

(Argued February 22, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1915, which affirmed an order of Special Term sustaining a writ of habeas corpus and remanding the relator for a proper and legal sentence. The relator was convicted by a magistrate of the offense of being a prostitute and committed to the New York State Reformatory at Bedford for a term of three years. The court below was of the opinion that the city magistrate was without jurisdiction to commit the relator to the New York State Reformatory for Women at Bedford by reason of the fact that the information upon which she was tried and convicted was drawn under chapter 439 of the Laws of 1892 which limited the punishment where the female was an adult to certain institutions therein specified for a period of six months.

*James C. Cropsey, District Attorney (Harry G. Anderson* of counsel), for appellant.

No appearance for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, SEABURY and POUND, JJ. Not voting: CARDOZO, J.